AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC 1 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL TRUMAN<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:23mj 248<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 20, 2023__ in the county of __Norfolk__ in the __Eastern__ District of __Virginia, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(3) | Assault |

This criminal complaint is based on these facts:
see attached affidavit of Special Agent Sean Danaher

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Anthony Mozzi

*Complainant's signature*

Sean Danaher, SA, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/01/2023

*Judge's signature*

City and state: Norfolk, Virginia

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*